DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARY E. NICKLES,**
Appellant,

v.

**REEMPLOYMENT ASSISTANCE APPEALS COMMISSION,** and
**JUPITER MEDICAL CENTER,**
Appellees.

No. 4D19-1346

[January 8, 2020]

Appeal from the State of Florida, Reemployment Assistance Appeals Commission, L.T. Case No. R.A.A.C. Docket No. 19-00373.

Mary E. Nickles, Royal Palm Beach, pro se.

Katie E. Sabo, Tallahassee, for appellee Reemployment Assistance Appeals Commission.

PER CURIAM.

*Affirmed. Doss-Pouncey v. Unemployment Appeals Comm'n,* 16 So. 3d 252, 253 (Fla. 4th DCA 2009) (citing *Rollins v. Bay HR, Inc.,* 968 So. 2d 697, 698–99 (Fla. 4th DCA 2007)).

TAYLOR, CIKLIN and KUNTZ, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*